UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES COLLINS, Individually and On Behalf of All Others Similarly Situated,
Plaintiff(s),

v.

THE GILLETTE COMPANY and THE PROCTER & GAMBLE COMPANY,
Defendant(s).

CASE NO. CV 12-1778 EDL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑ Private ADR (*please identify process and provider*) Private mediation to be selected by the agreement of all parties.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline 90 days after the date of the Court's ruling on class certification

Dated: 6/10/12

s/ Noah M. Schubert
Attorney for Plaintiff

Dated: 6/10/12

s/ Darren K. Cottriel
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

<u>**XX**</u>  The parties' stipulation is adopted and IT IS SO ORDERED.
☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 11, 2012



UNITED STATES MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11