1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone: (415) 626-3939
4  Facsimile: (415) 875-5700

5  Darren K. Cottriel (State Bar No. 184731)
   dcottriel@jonesday.com
6  JONES DAY
   3161 Michelson Drive, Suite 800
7  Irvine, CA  92612
   Telephone: (949) 553-7548
8  Facsimile: (949) 553-7539

9  Attorneys for Defendants
   THE GILLETTE COMPANY AND THE
10 PROCTER & GAMBLE COMPANY

11
                 UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13

14
15 JAMES COLLINS, Individually and on Behalf     **Case No. CV-12-1778-EDL**
   of All others Similarly Situated
16                                               **JOINT STIPULATION AND
                        Plaintiff,               [PROPOSED] ORDER ON E-
17                                               DISCOVERY**
          v.
18
   THE GILLETTE COMPANY and THE
19 PROCTER & GAMBLE COMPANY,

20                      Defendants.

21

22        WHEREAS, on July 31, 2012, the Court ordered that the parties meet and confer and file

23 a stipulation and proposed order regarding their agreements on E-discovery.

24        WHEREAS, on August 8, 2012, Plaintiff James Collins ("Plaintiff") and Defendants The

25 Gillette Company and The Proctor & Gamble Company ("Defendants"), by their undersigned

26 counsel, met and conferred and reached an agreement regarding the format of the production of

27 E-Discovery.

28

1      ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and

2 Defendants that E-discovery will be produced according to the following specifications:

3 1. Document Production Format.

4     a. TIFF Images.  Unless otherwise stated below, each document shall be produced in black and white Group IV Tagged Image File Format ("TIFF") regardless of whether it was stored by the parties in the ordinary course of business in electronic or hard copy form.  Each TIFF image file should be one page and should reflect how the source document would appear if printed to hard copy.

9     b. Load Files.  Document productions shall include Relativity-compatible Load Files that indicate document breaks of the TIFF images and the following metadata fields: BEGBATES, ENDBATES, BEGATTACH, ENDATTACH, CUSTODIAN, TO, FROM, CC, BCC, AUTHOR, SUBJECT, DATECREATED, DATESENT, DATE LAST MODIFIED, MD 5 HASH, TEXTPATH, and NATIVELINK.  The metadata fields listed above are subject to change upon approval of both parties.

15     c. File Name.  Each document image file shall be named with the unique Bates Number of the page of the document in question followed by the file extension "TIF."

17     d. Document Unitization.  If a document is more than one page, the unitization of the document and any attachments and/or affixed notes shall be maintained as they existed in the original document.

20 2. Searchable Text.  In addition to TIFF images, each production will include text files corresponding to the TIFF image files described above.

22     a. Hard Copy Documents.  Hard copy documents shall be scanned using Optical Character Recognition ("OCR") technology and searchable ASCII text (or Unicode text if the text is in a language requiring characters outside of the ASCII character set) files shall be produced.  Each file shall be named with the unique Bates Number of the first page of the corresponding TIFF document followed by the extension "TXT."  Records that do not contain extracted text will also undergo OCR as applicable.

b. Electronic Documents. The full text of each native electronic document shall be extracted ("Extracted Text") and produced in a text file. The Extracted Text shall be provided in searchable ASCII text format (or Unicode text format if the text is in a language requiring characters outside of the ASCII character set) and shall be named with the unique Bates Number of the first page of the corresponding TIFF document followed by the extension "TXT." Searchable text files corresponding to the TIFF image files for redacted Electronic Documents must include Extracted Text or OCR text only to the extent that it will not disclose redacted information.

3. Production Media. Documents shall be produced on external hard drives or readily accessible computer or electronic media (the "Production Media"), such as CDs or DVDs. Each piece of Production Media shall identify: (1) the producing party's name; (2) the production date; and (3) the Bates Number range of the materials contained on the Production Media

4. Metadata. For all Electronic Documents, an ASCII text (or Unicode text if the text is in a language requiring characters outside of the ASCII character set) Load File shall be produced setting forth the Data Fields listed in Section 1.b. above. For redacted Electronic Documents, metadata fields must be produced only to the extent such fields will not disclose redacted information. The parties reserve the ability to request that additional Data Fields be provided for certain specified Electronic Documents upon review of the other party's production. A party is not obligated to produce metadata from a document if metadata does not exist in the document, or if the metadata is not machine-extractable.

5. Native Production. The parties will produce spreadsheet files and media files and in native form. Additionally, any records where TIFF images cannot be created shall be produced in native form. Such native file productions shall include Metadata as set forth in Section 1.b. above and a single-page TIFF image (placeholder) indicating that the associated file was produced in native form. Each produced native file shall be named with a unique Bates Number (e.g., ABC00000001.xls).

1  6. Additional Native Production. The parties reserve the ability to request other file types be
2     produced in native form or in another reasonably usable form upon review of the other party's
3     production. The parties reserve their respective rights to object to any such request.
4  7. Cost Shifting. The parties reserve and do not waive their rights to seek cost shifting, where
5     appropriate, with respect to discovery of electronically stored information.

6  Dated: August 14, 2012                     SCHUBERT JONCKHEER & KOLBE LLP

8                                             By:   */s/ Noah M. Schubert*
                                                    Noah M. Schubert

9                                             Noah M. Schubert (State Bar No. 184731)
                                              nschubert@schubertlawfirm.com
10                                            SCHUBERT JONCKHEER & KOLBE LLP
                                              Three Embarcadero Center, Suite 1650
11                                            San Francisco, CA  94111-4018
                                              Telephone:   (415) 788-4220
12                                            Facsimile:    (415) 788-0161

13                                            Attorney for Plaintiff
                                              JAMES COLLINS
14

15

16 Dated: August 14, 2012                     JONES DAY

17
                                              By:   */s/ Robert A. Mittelstaedt*
18                                                  Robert A. Mittelstaedt

19                                            Robert A. Mittelstaedt (State Bar No. 60359)
                                              ramittelstaedt@jonesday.com
20                                            JONES DAY
                                              555 California Street, 26th Floor
21                                            San Francisco, CA  94104
                                              Telephone: (415) 626-3939
22                                            Facsimile: (415) 875-5700

23                                            Attorney for Defendants
                                              THE GILLETTE COMPANY and THE
24                                            PROCTER & GAMBLE COMPANY

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 DATE: ___August 20_____, 2012

27                                            _____
                                              MAGISTRATE JUDGE
28                                            ELIZABETH D. LAPORTE

                                              JOINT STIPULATION AND [PROPOSED] ORDER
                                - 4 -                             ON E-DISCOVERY
                                                          Case No.: CV-12-1778-EDL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>SIGNATURE ATTESTATION</u>

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

Dated: August 14, 2012                SCHUBERT JONCKHEER & KOLBE LLP

                                                    By: */s/ Noah Schubert*
                                                       Noah M. Schubert

                                                       Attorney for Plaintiff
                                                     JAMES COLLINS

SFI-740734v1