1  ROBERT C. SCHUBERT (No. 62684)
   MIRANDA P. KOLBE (No. 214392)
2  NOAH M. SCHUBERT (No. 278696)
   SCHUBERT JONCKHEER & KOLBE LLP
3  Three Embarcadero Ctr Ste 1650
   San Francisco, CA 94111-4018
4  Telephone: 415-788-4220
   Facsimile: 415-788-0161

*Attorneys for Plaintiff and the Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES COLLINS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY and THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Case No. CV-12-1778-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR EXPERT DISCOVERY AND CLASS CERTIFICATION**<br>**AS MODIFIED**<br>**Civ. L.R. 6-2, 7-12** |

1.  Plaintiff commenced this putative class action against defendants The Gillette Company and The Proctor and Gamble Company (collectively "Defendants") on April 10, 2012. Plaintiff alleges that Defendants violated California Business and Professions Code §§ 17200 *et seq.* and California Civil Code §§ 1750 *et seq.* with regard to product claims concerning Duracell Ultra Advanced and Duracell Ultra Power batteries. Defendants deny Plaintiff's claims have any merit.

2.  On August 8, 2012, the Court issued its Case Management and Pretrial Order, setting, *inter alia*, deadlines for the exchange of expert reports and the completion of expert discovery regarding class certification and deadlines to file and brief the class certification motion. (Docket No. 25.)

3. The parties met and conferred pursuant to Rule 26(f) on July 9, 2012, and discovery commenced promptly thereafter. On July 12, 2012, Defendants served document requests and interrogatories on Plaintiff, and on July 20, 2012, Plaintiff served document requests and interrogatories on Defendants. On August 1, 2012, the parties exchanged initial disclosures, and on August 8, 2012, the Court issued its Case Management and Pretrial Order ("Case Management Order"). By stipulation among the parties, Plaintiff served responses and objections to Defendants' document requests and interrogatories on September 6, 2012, followed by supplemental responses and objections on October 22, 2012, and Defendants served responses and objections to Plaintiff's document requests and interrogatories on September 13, 2012. The parties also stipulated to a Protective Order governing the handling of confidential documents and their disclosure to expert witnesses, which was entered by the Court on September 13, 2012. (Docket No. 30.)

4. The Case Management Order requires Plaintiff to file his expert report(s) for class certification by November 15, 2012, Defendants to file their expert report(s) for class certification by December 14, 2012, and Plaintiff to file his rebuttal expert report(s) for class certification by January 15, 2013. All expert discovery for class certification must be completed by February 1, 2013. Plaintiff must also file his class certification motion by February 19, 2013, and the class certification hearing is set for April 23, 2013.

5. In light of ongoing discovery and depositions being conducted by the parties in the case and after having met and conferred, the parties agree to extend these expert discovery and class certification deadlines.

6. The parties agree to the following schedule for expert discovery related to Plaintiff's motion for Class Certification:

- Plaintiff's Expert Disclosures/Report(s): December 31, 2012
- Defendant's Expert Disclosures/Report(s): February 4, 2013
- Plaintiff's Rebuttal Expert Report(s): February 18, 2013

1      ■ Close of Expert Discovery for Class Certification: March 1, 2013

2  7.  The parties agree to the following schedule for Class Certification:

3      ■ Plaintiff shall file Class Certification motion by March 5, 2013

4      ■ Defendants shall file opposition to class certification by April 5, 2013

5      ■ Plaintiff shall file reply to defendant's opposition by April 19, 2013

6      ■ Court hearing on Plaintiff's motion for class certification: May 7, 2013

7  8.  The parties agree that all other deadlines in the Court's Case Management Order would remain unchanged. The parties believe that this proposed schedule will ensure the efficient, orderly, and complete litigation of expert discovery and class certification issues raised in this action.

DATED: November 8, 2012

SCHUBERT JONCKHEER & KOLBE LLP

BY:      /S/
         NOAH M. SCHUBERT (NO. 278696)

Robert C. Schubert
*rschubert@schubertlawfirm.com*

Miranda P. Kolbe
*mkolbe@schubertlawfirm.com*

Noah M. Schubert
*nschubert@schubertlawfirm.com*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Telephone: 415-788-4220
Facsimile: 415-788-0161

*Attorneys for Plaintiff and the Class*

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |

JONES DAY

BY:    /S/
      DARREN K. COTTRIEL (NO. 184731)

Darren K. Cottriel
*dcottriel@jonesday.com*

3161 Michelson Drive, 8th Floor
Irvine, CA 92612
Telephone: 949-553-7548
Facsimile: 949-553-7539

Robert A. Mittelstaedt (No. 060359)
Jason McDonell (No. 115084)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415-626-3939
Facsimile: 415-875-5700
*ramittelstaedt@jonesday.com*
*jmcdonell@jonesday.com*

*Attorneys for Defendants*
THE GILLETTE COMPANY and THE
PROCTER & GAMBLE COMPANY

SCHUBERT JONCKHEER & KOLBE LLP
hree Embarcadero Center, Suite 1650
San Francisco, Co C4111
415FEmm4hh0

# [PROPOSED] ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS THAT:

1. The schedule for expert discovery relating to class certification and Plaintiff's motion for Class Certification set in this Court's August 8, 2012 Case Management and Pretrial Order is modified as follows:

   - Plaintiff's Expert Disclosures/Report(s): December 31, 2012
   - Defendant's Expert Disclosures/Report(s): February 4, 2013
   - Plaintiff's Rebuttal Expert Report(s): February 18, 2013
   - Close of Expert Discovery for Class Certification: March 1, 2013
   - Plaintiff shall file Class Certification motion by March 5, 2013
   - Defendants shall file opposition to class certification by April 5, 2013
   - Plaintiff shall file reply to defendant's opposition by April 19, 2013
   - Court hearing on Plaintiff's motion for class certification: May 14, 2013

2. All other deadlines in this Court's Case Management Order shall remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 9, 2012

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE