1   Darren K. Cottriel (State Bar No. 184731)
    dcottriel@jonesday.com
2   JONES DAY
    3161 Michelson Drive, Suite 800
3   Irvine, CA 92612
    Telephone:      949.553.7548
4   Facsimile:      949.553.7539
    E-mail:         dcottriel@JonesDay.com
5
    Jason McDonell (State Bar No. 115084)
6   jmcdonell@JonesDay.com
    Craig E. Stewart (State Bar No. 129530)
7   cestewart@JonesDay.com
    JONES DAY
8   555 California Street, 26th Floor
    San Francisco, CA  94104
9   Telephone:      415.626.3939
    Facsimile:      415.875.5700
10
    Attorneys for Defendants
11  THE GILLETTE COMPANY AND THE
    PROCTER & GAMBLE COMPANY
12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16  JAMES COLLINS, Individually and on Behalf    **Case No. CV-12-1778-EDL**
    of All others Similarly Situated
17                                               **UNOPPOSED MOTION FOR
                     Plaintiff,                  ADMINISTRATIVE RELIEF UNDER
18                                               LOCAL RULES 6-1(B) AND 7-11 TO
           v.                                    MODIFY CLASS CERTIFICATION
19                                               BRIEFING SCHEDULE,
    THE GILLETTE COMPANY and THE                 DECLARATION OF JASON
20  PROCTER & GAMBLE COMPANY,                     MCDONELL IN SUPPORT
                                                 THEREOF, AND PROPOSED ORDER**
21                   Defendants.
                                                 **CIV. L.R. 6-1(b), 7-11**
22

23

24

25

26

27

28

                                                 Admin Mot. to Modify Schedule
                                                 Case No.: CV-12-1778-EDL

1    Defendants respectfully move under Local Rules 6-1(b) and 7-11 for an order modifying

2    the class certification briefing schedule to extend, by one week each, the due dates for

3    Defendants' opposition and Plaintiff's reply briefs.  Because this motion is unopposed,

4    Defendants present it as an administrative motion under Local Rule 7-11 to permit the Court to

5    rule on the request on an expedited basis without the need to await any opposition brief.

6    By order dated May 23, 2013, this Court modified the case schedule to provide for, among

7    other things, a due date of September 13, 2013 for Defendants to file their opposition to

8    Plaintiff's motion for class certification, and a due date of October 15, 2013 for Plaintiff to file his

9    reply.  *See* ECF No. 44.

10   Due to scheduling and work load issues of defense counsel, Defendants hereby request

11   that the due dates for the class certification opposition and reply briefs each be enlarged by one

12   week such that the new due date for the opposition would be September 20, 2013 and the new due

13   date for the reply would be October 22, 2013.  No other dates would be affected if the requested

14   relief is granted, including that the hearing date on the motion for class certification would not be

15   affected, and would remain as scheduled on November 5, 2013.  Defendants requested Plaintiff to

16   stipulate to this request, and while Plaintiff declined to stipulate to the requested extension of

17   time, he does not oppose this request.

18   Defendants' counsel need the additional one week for filing the opposition to the class

19   certification motion due to scheduling and workload issues unrelated to this case.  If the Court

20   does not grant the requested relief, defense counsel will have substantial difficulty complying

21   with the schedule due to these scheduling and work load issues.

22   Under the current schedule, the hearing on the motion for class certification is set for

23   November 5, 2012.  Thus, if the Court grants the requested modification of the briefing schedule,

24   there will still be a period of two weeks between the due date for the filing of Plaintiff's reply

25   brief and the hearing on the motion for class certification.

26

27

28

1   Dated:  September 9, 2013                    JONES DAY

2
                                                By:   /s/ Jason McDonell
3                                                     Jason McDonell

4                                               Jason McDonell (State Bar No. 115084)
                                                jmcdonell@jonesday.com
5                                               JONES DAY
                                                555 California Street, 26th Floor
6                                               San Francisco, CA  94104
                                                Telephone: (415) 626-3939
7                                               Facsimile: (415) 875-5700

8                                               Attorney for Defendants
                                                THE GILLETTE COMPANY and THE
9                                               PROCTER & GAMBLE COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Admin Mot. to Modify Schedule
                                                Case No.: CV-12-1778-EDL

1

## SIGNATURE ATTESTATION

2          I hereby attest that the content of this document is acceptable to all persons whose

3    signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

4

5    Dated:  September 9, 2013                    JONES DAY

6                                                By: */s/ Jason McDonell*

7                                                    Jason McDonell
                                                    Attorneys for Defendants
8                                                    THE GILLETTE COMPANY and THE
                                                    PROCTER & GAMBLE COMPANY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF JASON MCDONELL

2   I, Jason McDonell, hereby declare as follows:

3       1.      Jones Day is counsel to Defendants in this case.

4       2.      Under the current schedule, Defendants' opposition to the pending motion for

5   class certification is due to be filed no later than September 13, 2013.

6       3.      Because of scheduling and work load issues unrelated to this case, defense counsel

7   will have substantial difficulty completing the opposition brief and related materials in time to

8   meet that deadline.

9       4.      Jones Day has requested counsel for Plaintiff to stipulate to the relief sought in this

10  motion.  Counsel for Plaintiff declined to stipulate, but also stated that they would not oppose the

11  motion.

12          I declare under penalty of perjury under the laws of United States that the foregoing is true

13  and correct.  This declaration is executed this 9th day of September, 2013, in San Francisco,

14  California.

15

16                                          /s/     Jason McDonell
                                            Jason McDonell
17

18

19

20

21

22

23

24

25

26

27

28

Admin Mot. to Modify Schedule
                                                    Case No.: CV-12-1778-EDL

1
[PROPOSED] ORDER

2    The Court, having considered the above motion, and good case appearing therefore, the

3 case schedule in this action is modified as follows:

4

| Event | Existing Deadlines (ECF No. 44) | [Proposed] Extension |
|---|---|---|
| Opposition to Class Certification | September 13, 2013 | September 20, 2013 |
| Reply to Defendants' Opposition to Class Certification | October 15, 2013 | October 22, 2013 |

8 Haring on Plaintiff's motion for Class Certification continued to

9 November 12, 2013.
      IT IS SO ORDERED.

10

Dated: September _9_, 2013

11                                                    Hon. Elizabeth D. Laporte
                                                      United States Magistrate Judge

12

13 SFI-837137v2

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -
Admin Mot. to Modify Schedule<br>Case No.: CV-12-1778-EDL