Darren K. Cottriel (State Bar No. 184731)
dcottriel@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: 949.553.7548
Facsimile: 949.553.7539
E-mail: dcottriel@JonesDay.com

Jason McDonell (State Bar No. 115084)
jmcdonell@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.626.3939
Facsimile: 415.875.5700

Attorneys for Defendants
THE GILLETTE COMPANY AND THE
PROCTER & GAMBLE COMPANY

Robert C. Schubert (State Bar No. 62684)
Miranda P. Kolbe (State Bar No. 214392)
Noah M. Schubert (State Bar No. 278696)
nschubert@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Ctr. Ste. 1650
San Francisco, CA 94111-4018
Telephone: 415.788.4220
Facsimile: 415.788.0161

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HELEN HEINDEL, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**THE GILLETTE COMPANY and THE PROCTER & GAMBLE COMPANY,**<br><br>**Defendants.** | Case No. 12-cv-01778 EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR STAY PENDING FINAL APPROVAL OF SETTLEMENT AGREEMENT**<br><br>CIV. L.R. 6-1 & 6-2 |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Helen Heindel, and Defendants The Gillette Company and The Procter & Gamble Company (collectively, the "Parties"), by and through their respective undersigned counsel of record, stipulate and request as follows:

1. On April 19, 2012, a similar action was filed in Florida, which case currently is pending in the United States District Court for the Middle District of Florida and titled *Poertner v. The Gillette Company, et al.*, Case No. 6:12-CV-00803-GAP-DAB (M.D. Fla.) (the "*Poertner* Action"). The *Poertner* Action raises essentially identical claims and allegations concerning Duracell brand AA & AAA Ultra Advanced and Ultra Power batteries.

2. In September 2013, the parties in this action and in the *Poertner* Action entered into a nationwide class action settlement agreement to resolve both actions through a nationwide settlement of all claims to be submitted for approval in the Middle District of Florida in the *Poertner* Action. As a term of the settlement, the parties agreed to stay this action until the nationwide class action settlement becomes effective following the final fairness hearing, at which point this action would be dismissed with prejudice.

3. A motion for preliminary approval of the nationwide class action settlement was filed in the *Poertner* Action on October 25, 2013.

4. On November 5, 2013, the Middle District of Florida issued an order granting preliminary approval of the nationwide class action settlement in the *Poertner* Action.

5. The Middle District of Florida has set a schedule for notice and approval of the nationwide class action settlement in the *Poertner* Action, including setting a final approval hearing for March 21, 2014.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the present action be stayed in its entirety pending the final approval of the nationwide class action settlement agreement in the *Poertner* Action. It is further stipulated and agreed that as of the Effective Date of the settlement, following Order and Final Judgment by the Middle District of Florida in the *Poertner* Action and the exhaustion of any appeals in that action, as defined in the Settlement Agreement, Defendants are authorized to notify this Court of the final approval, at which point the parties agree that this case should be dismissed with prejudice.

1    **IT IS SO STIPULATED.**

3    Dated: November 26, 2013                    Respectfully submitted,

4                                                Jones Day

6                                                By: /s/ Darren K. Cottriel
                                                     Darren K. Cottriel

                                                 Counsel for Defendants
8                                                THE GILLETTE COMPANY AND THE
                                                 PROCTER & GAMBLE COMPANY

10   Dated: November 26, 2013                    Respectfully submitted,

11                                               Schubert Jonckheer & Kolbe LLP

13                                               By: /s/ Noah M. Schubert
                                                     Noah M. Schubert

                                                 Counsel for Plaintiff

17                          **SIGNATURE ATTESTATION**

18       I hereby attest that the concurrence in the filing of the document has been obtained from
19   the other signatory.

20   Dated: November 26, 2013                    JONES DAY

22                                               By: /s/ Darren K. Cottriel
                                                     Darren K. Cottriel

                                                 Counsel for Defendants
23                                               THE GILLETTE COMPANY AND THE
24                                               PROCTER & GAMBLE COMPANY

1  **[PROPOSED] ORDER**

3    The Court, having considered the above stipulation of the parties, and good case appearing therefore, HEREBY ORDERS THAT this action is stayed in its entirety pending final approval of the nationwide class action settlement in the related case, *Poertner v. The Gillette Company, et al.*, Case No. 6:12-CV-00803-GAP-DAB (M.D. Fla.) (the "*Poertner* Action"). All existing dates and deadlines scheduled in this action are vacated. Upon the Effective Date of the settlement, following Order and Final Judgment by the Middle District of Florida in the *Poertner* Action and the exhaustion of any appeals in that action, Defendants shall notify this Court of same, at which time the present action will be dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: December 2, 2013

*Elizabeth D. Laporte*
Hon. Elizabeth D. Laporte
United States Magistrate Judge

## Stipulations

3:12-cv-01778-EDL Heindel v. The Gillette Company et al

ADRMOP,CONSENT,E-Filing,PROTO,PRVADR

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Cottriel, Darren on 11/26/2013 at 9:30 AM PST and filed on 11/26/2013

**Case Name:** Heindel v. The Gillette Company et al
**Case Number:** 3:12-cv-01778-EDL
**Filer:** James Collins
Duracell, Inc.
Helen Heindel
The Gillette Company
The Procter & Gamble Company

**Document Number:** 52

**Docket Text:**
**STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER FOR STAY PENDING FINAL APPROVAL OF SETTLEMENT AGREEMENT* filed by James Collins, Duracell, Inc., Helen Heindel, The Gillette Company, The Procter & Gamble Company. (Cottriel, Darren) (Filed on 11/26/2013)**

**3:12-cv-01778-EDL Notice has been electronically mailed to:**

Darren Keith Cottriel    dcottriel@jonesday.com, dhansen@jonesday.com, ECFIrvineNotifications@jonesday.com, nmichau@jonesday.com

Jason S. McDonell    jmcdonell@jonesday.com, mrivera@jonesday.com

Michael Anderson Berry    aberry@jonesday.com, jjew@jonesday.com

Miranda Kolbe    mkolbe@schubert-reed.com, jzaneri@schubertlawfirm.com

Noah M. Schubert    nschubert@schubertlawfirm.com

Robert Allan Mittelstaedt    ramittelstaedt@jonesday.com, mlandsborough@jonesday.com, pwalter@jonesday.com

Robert C. Schubert    rschubert@schubertlawfirm.com

Sophia Helena Calderon     scalderon@jonesday.com

Willem F. Jonckheer     wjonckheer@schubertlawfirm.com, jzaneri@schubertlawfirm.com

**3:12-cv-01778-EDL Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Collins PDF_ Joint Stipulation and Order for Stay.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2013] [FileNumber=10189936-0
] [2f9e80cbdb2720ddd9588c8be6d45b22feb6d69ef11978b1cd90b9bddc188559b94
d53364219dfc3e62b19b0c1411e81f89c4d6148a1f757c890fe1764cfed30]]