Robert C. Schubert (No. 62684)
Willem F. Jonckheer (No. 178748)
Noah M. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
nschubert@schubertlawfirm.com

*Attorneys for Plaintiff Helen Heindel and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Helen Heindel**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**The Gillette Company** and **The Procter & Gamble Company**,<br><br>Defendants. | Case No. 3:12-cv-01778-EDL<br><br>**Stipulation and [Proposed] Order Dismissing Case without Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii), Civ. L.R. 7-12 |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civ. L.R. 7-12, Plaintiff Helen Heindel and Defendants The Gillette Company and The Procter & Gamble Company (collectively, the "Parties"), through their counsel of record, stipulate and request as follows:

      1.     Plaintiff commenced this putative class action against defendants The Gillette Company and The Proctor and Gamble Company (collectively, "Defendants") on April 10, 2012. Plaintiff alleged that Defendants violated Cal. Bus. & Prof. Code §§ 17200 *et seq.* and Cal. Civ. Code §§ 1750 *et seq.* with regard to product claims concerning Duracell Ultra Advanced and Duracell Ultra Power batteries. Defendants denied plaintiff's claims.

2. On April 19, 2012, a similar action against Defendants was filed in Florida, which was removed by Defendants to the U.S. District Court for the Middle District of Florida. *Poertner v. The Gillette Co.*, Case No. 6:12-cv-00803-GAP-DAB (M.D. Fla.) (the "*Poertner* action"). The *Poertner* action raised nearly identical claims concerning Duracell Ultra batteries but was filed under applicable Florida statutes on behalf of a class of Florida consumers.

3. On September 13, 2013, the Parties in this action and the *Poertner* action reached a nationwide settlement of all claims to be submitted for approval in the Middle District of Florida. As a term of the settlement, the Parties agreed to stay this action until the nationwide class settlement becomes effective following final approval by the the Middle District of Florida and the exhaustion of all appeals, at which point this action would be dismissed with prejudice.

4. On December 2, 2013, this Court ordered this action stayed in its entirety pending final approval of the nationwide class action settlement in the *Poertner* action. Under the Court's order, the Parties shall notify this Court after settlement becomes effective, at which point this action will be dismissed with prejudice.

5. On August 21, 2014, the Middle District of Florida granted final approval to the nationwide class action settlement and award of attorneys' fees. Following this order, objectors to the settlement filed appeals to the U.S. Court of Appeals for the Eleventh Circuit.

6. On July 16, 2015, the U.S Court of Appeals for the Eleventh Circuit affirmed the district court's final order and judgment approving the settlement and awarding attorneys' fees.

7. On October 1, 2015, objector Theodore H. Frank ("Frank") filed an application to extend the time to file a petition for a writ of certiorari in the U.S. Supreme Court from October 14, 2015 to November 13, 2015. Justice Clarence Thomas granted this application.

8. On November 3, 2015, Frank filed a further application to extend the time to file a petition for a writ of certiorari in the U.S. Supreme Court to December 11, 2015. Justice Clarence Thomas granted this application.

9. In light of the continued appellate proceedings, this Court requested that the Parties dismiss this action without prejudice, subject to refiling the action if the settlement is

2                    STIPULATION AND [PROPOSED] ORDER
                     DISMISSING CASE WITHOUT PREJUDICE

reversed or vacated for any reason by any court, including the U.S. Supreme Court.

### STIPULATION AND [PROPOSED] ORDER

The Parties, through their respective counsel, hereby stipulate:

1. This action is dismissed without prejudice.

2. Upon the Effective Date of the nationwide class action settlement, as defined in the Settlement Agreement, following the exhaustion of all appeals, including a petition for a writ of certiorari in the U.S. Supreme Court, this dismissal shall be with prejudice.

3. If final approval of the settlement is reversed or vacated by any court, including the U.S. Supreme Court, in whole or in part, plaintiff's First Amended Class Action Complaint, originally filed on May 31, 2012, may be refiled on behalf of plaintiff Helen Heindel and all others similarly situated. Any such refiled action shall relate back to the filing of the original complaint on April 10, 2012.

4. If Plaintiff refiles her First Amended Class Action Complaint pursuant to this Stipulation and Order, plaintiff further reserves her right to move this Court for leave to amend her complaint under Fed. R. Civ. P. 15(a)(2). Relation back of any such amended complaint shall be governed by Fed. R. Civ. P. 15(c). Defendants reserve their right to oppose any request by plaintiff for leave to amend her complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 10, 2015

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Dated: November 9, 2015 | **Schubert Jonckheer & Kolbe LLP**<br><br>By:    /s/ Noah M. Schubert<br>_____<br>Noah M. Schubert (No. 278696)<br><br>Robert C. Schubert (No. 62684)<br>Willem F. Jonckheer (No. 178748)<br>Noah M. Schubert (No. 278696)<br>**Schubert Jonckheer & Kolbe LLP**<br>Three Embarcadero Ctr Ste 1650<br>San Francisco, CA 94111-4018<br>Ph: 415-788-4220<br>Fx: 415-788-0161<br>rschubert@schubertlawfirm.com<br>wjonckheer@schubertlawfirm.com<br>nschubert@schubertlawfirm.com<br><br>*Attorneys for Plaintiff Helen Heindel and the Class* |
| | **Jones Day**<br><br>By:    /s/ Darren K. Cottriel<br>_____<br>Darren K. Cottriel (No. 184731)<br><br>Darren K. Cottriel (No. 184731)<br>**Jones Day**<br>3161 Michelson Drive, 8th Floor<br>Irvine, CA 92612<br>Ph: 949-553-7548<br>Fx: 949-553-7539<br>dcottriel@jonesday.com<br><br>Robert A. Mittelstaedt (No. 060359)<br>Jason McDonell (No. 115084)<br>**Jones Day**<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br>ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com<br><br>*Attorneys for Defendants The Gillette Company and The Procter & Gamble Company* |

## ATTESTATION OF FILER

I, Noah M. Schubert, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: November 9, 2015

SCHUBERT JONCKHEER & KOLBE LLP

BY: /s/ Noah M. Schubert

NOAH M. SCHUBERT (No. 278696)